



## MEMORANDUM OPINION

No. 04-12-00022-CR

Keith **HILL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR12835
Honorable Maria Teresa Herr, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice

Delivered and Filed:  February 22, 2012

DISMISSED FOR LACK OF JURISDICTION

The trial court imposed or suspended sentence on November 30, 2011. Appellant did not file a motion for new trial; therefore, the notice of appeal was due to be filed December 30, 2011. TEX. R. APP. P. 26.2(a)(1). A motion for extension of time to file the notice of appeal was due on January 30, 2012. TEX. R. APP. P. 26.3. Although appellant timely filed a motion for extension of time, he filed it with the trial court and not with this court. The trial court has not ruled on the motion. Appellant did not file a notice of appeal.

Appellant is represented on appeal by Mr. James Bruner. Because the notice of appeal was not timely filed and because it appeared we lack jurisdiction over this appeal, this court ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. On February 8, 2012, Mr. Bruner filed a letter with this court in which he states that, based on his review of the trial court record, no right of appeal exists and he could not, in good conscience, advance any argument in support of this court's jurisdiction.

Because we lack jurisdiction over the appeal, the appeal is dismissed.

PER CURIAM

Do not publish